UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| GYAN BAHADUR BHUJEL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 18-12644-LTS |
| CHAD WOLF, Acting Secretary, United States Department of Homeland Security; KENNETH T. CUCCINELLI, Director, U.S. Citizenship and Immigration Services; and U.S CITIZENSHIP AND IMMIGRATION SERVICES,[1] | ) | |
| Defendants. | ) | |

## JUDGMENT

March 13, 2020

Pursuant to the Court's Order dated March 13, 2020, Doc. No. 22: Count One of the Complaint is DISMISSED; and on Count Two of the Complaint, judgment enters in favor of plaintiff Gyan Bahadur Bhujel and against the defendants. The matter is REMANDED to the agency for further proceedings consistent with the Court's Order dated March 12, 2020.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court has substituted Wolf and Cuccinelli for their predecessors.